**CROWE & SCOTT, P.A.**
1100 E. Washington St.
Suite 200
Phoenix, Arizona 85034-1090
Telephone (602)252-2570
Facsimile (602) 252-1939
Email: tom@crowescott.com

Tom Crowe (#002180)
Attorneys for Defendant
Cipriano Ionutescu

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR08-0612-007-PHX-NVW |
| Plaintiff, | **DEFENDANT IONUTESCU'S MOTION TO UNSEAL PARTIAL PROCEEDINGS** |
| v. | |
| Cipriano Ionutescu (007), et al., | |
| Defendants. | |

Defendant, Cipriano Ionutescu ("Defendant"), by and through counsel undersigned, moves the Court to unseal the change of plea proceedings herein with respect to Defendant Dorel Irimiciuc (004) on August 14, 2009 before this Court in order that Defendant may order a transcript of the proceeding. Mr. Irimiciuc is listed on the government's witness list and the Defendant is entitled to know any understandings or agreements reached between him and the government.  *See*, *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), *United States v. Kojayan*, F.3d 1315 (9th Cir. 1993).

DATED this 24th day of September, 2009.

                                          CROWE & SCOTT, P.A.

                                          By   s/ Tom Crowe

                                            Tom Crowe
                                            1100 East Washington, Suite 200
                                            Phoenix, Arizona 85034-1090
                                            Attorneys for Defendant

I hereby certify that on September 24, 2009, I electronically transmitted the attached document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants in this case:

**Anne M. Williams** anne@amwilliamslaw.net
*Attorney for Defendant Georgiana Dobos (010)*

**Brandon Nelson Cotto** azattorneybc@yahoo.com
*Attorney for Defendant Christina Mejia (009)*

**Baltazar Iniguez** zariniguez@aol.com
*Attorney for Defendant Natasha Swallows-Feagins (011)*

**Cameron A Morgan** camerona.morgan@hotmail.com
*Attorney for Defendant Dorel Irimiciuc (004)*

**James Richard Knapp** james.knapp2@usdoj.gov, suzanne.guerin@usdoj.gov
*Attorney for Plaintiff*

**Kevin M Rapp** Kevin.Rapp@usdoj.gov, kimberly.chamberlain@usdoj.gov, victoria.tiffany@usdoj.gov
*Attorney for Plaintiff*

**Kurt M Altman** attorneykaltman@yahoo.com
*Attorney for Defendant Gheorghe Babeti (002)*

**Patricia Ann Gitre** PATGITRE@PATRICIAGITRE.COM, missywoodburn@patriciagitre.com
*Attorney for Defendant Samuel Dobos (005)*

**Patrick E McGillicuddy** pmcgillicuddy@qwest.net
*Attorney for Defendant Brandon Azadegan (006)*

**Robert J Kavanagh** robertkavanagh@azbar.org
*Attorney for Defendant Samuel Dobos (005)*

**Thomas Martin Connelly** Tconnelly2425@aol.com, claimant@aol.com, dfirestone2425@aol.com
*Attorney for Defendant Catherine Zebarth (008)*

**Tom Crowe** tom@crowescott.com, cindy@crowescott.com, lisa@crowescott.com
*Attorney for Defendant Cipriano Ionutescu (007)*

By   s/ Cindy Malyuk

2